UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: STEVEN R. SOWINSKI and
VICKI P. SOWINSKI

§
§
§
§
§

Case No. 10-08476
Hon. SUSAN PIERSON SONDERBY
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:30a.m. on September 15, 2010 in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: STEVEN R. SOWINSKI and § Case No. 10-08476
VICKI P. SOWINSKI § Hon. SUSAN PIERSON SONDERBY
§ Chapter 7
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $8,601.51 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $8,601.51 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee ALLAN J. DeMARS | $1,610.15 | $20.64 |
| Attorney for trustee ALLAN J. DeMARS | $1,408.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Case 10-08476    Doc 33    Filed 08/13/10    Entered 08/15/10 23:40:34    Desc Imaged
               Certificate of Service    Page 3 of 5

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $86,884.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __6.4__ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Ophrys | $25,590.20 | $1,638.40 |
| 2 | RV Resorts at St. Lucie West owners association | $3,584.93 | $229.52 |
| 3 | Chase Bank USA, NA | $18,491.23 | $1,183.89 |
| 4 | American Express Centurion Bank | $16,507.85 | $1,056.91 |
| 5 | American Express Centurion Bank | $9,431.16 | $603.83 |
| 6 | Ameriprise Bank FSB | $3,879.84 | $248.40 |
| 7 | FIA Card Services successor to Bank of America and MBNA | $9,399.01 | $601.77 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be __0__ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $0.00.

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt              Page 1 of 1                   Date Rcvd: Aug 13, 2010
Case: 10-08476                Form ID: pdf006            Total Noticed: 33

The following entities were noticed by first class mail on Aug 15, 2010.
db/jdb        +Steven R. Sowinski,   Vicki P. Sowinski,   1316 Bridgeport Drive,   Schaumburg, IL 60193-4807
aty           +Joseph P Doyle,   Law Office of Joseph P Doyle,   105 S Roselle Road,   Suite 203,
                Schaumburg, IL 60193-1631
tr            +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
15180827       AT&T Advertising,   PO Box 105024,   Atlanta, GA 30348-5024
15180821      +Allied Interstate,   PO Box 1962,   Southgate, MI 48195-0962
15606411       American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
15180822      +Ameriprise Bank,   827 Ameriprise Financial,   Minneapolis, MN 55474-0008
15812449       Ameriprise Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
15344376       Ameriprise Bank, FSB,   c/o Becket and Lee LLP,   P O Box 3001,   Malvern, PA 19355-0701
15180823      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
15180828      +Avaya Financial Services,   PO Box 550599,   Jacksonville, FL 32255-0599
15180829      +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15180830      +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
15180831      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15546494       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15180832      +Clovis & Roche, Inc.,   Attn: Bankruptcy Dept.,   PO Box 1164,   Metairie, LA 70004-1164
15180833      +CollectCorp,   455 North 3rd St,,   Suite 260,   Phoenix, AZ 85004-0630
15180834       Creditors Interchange,   PO Box 2270,   Buffalo, NY 14240-2270
15180835      +Erskine & Fleisher,   55 Weston Rd Suite 300,   Fort Lauderdale, FL 33326-1170
15180836      +FIA Services,   PO Box 15137,   Wilmington, DE 19850-5137
15180837      +FMA Alliance,   11811 N. Freeway,   Suite 900,   Houston, TX 77060-3292
15180838      +GC Services,   PO Box 46960,   Saint Louis, MO 63146-6960
15180839      +Lease Source,   P.O. Box 7861,   New York, NY 10116-7861
15180840      +Lease Source Inc.,   PO Box 1027,   Sioux Falls, SD 57101-1027
15180842      +NCO Financial Systems,   ATTN: Bankruptcy Department,   PO Box 15630,   Wilmington, DE 19850-5630
15180843       NCO Financial Systems,   ATTN: Bankruptcy Department,   Wilmington, DE 19850-5740
15180841      +Nationwide Credit, Inc.,   Attn: Bankruptcy Dept.,   2015 Vaughn Rd. NW Bld 400,
                Kennesaw, GA 30144-7801
15441632      +OPHRYS,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
15486426      +RV Resorts at St. Lucie West Owners Association,   c/o Sachs Sax Caplan,
                6111 Broken Sound Parkway, N.W., #200,   Boca Raton, FL 33487-2774,
                Attn: Maurice D. Hinton, Esq.
15180844      +RV Resorts-St Lucie West Owners Ass,   800 NW Peacock Blvd,   Port Saint Lucie, FL 34986-2230
15180846      +SeaCoast National Bank,   973 S Federal HWY,   Stuart, FL 34994-3702
15180845       Seacoast National Bank,   Us Hwy 1 & 815 Colorado,   Stuart, FL 34994
The following entities were noticed by electronic transmission on Aug 13, 2010.
15841586       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2010 01:57:21
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK   73124-8809
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15615937*      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
15180824*     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
15180825*     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
15180826*     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**                    **Signature:**   *Joseph Speetjens*